AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Geoffrey Chad Giglio | ) | Case No. 3:25-mj-70893 MAG |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
Jul 22 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 27, 2025, and June 13, 2025 in the county of Alameda in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Influencing Federal Official by Threat |
| 18 U.S.C. § 875(c) | Interstate Communications with a Threat to Kidnap or Injure |
| 47 U.S.C. § 223(a)(1)(C) | Anonymous Telecommunications Harassment |

This criminal complaint is based on these facts:

See attached affidavit of Daniel Dales, FBI Special Agent

☑ Continued on the attached sheet.

//s//

*Complainant's signature*

Daniel Dales, FBI Special Agent
*Printed name and title*

Approved as to form /s/ Johnny E. James Jr.
    SAUSA Johnny E. James Jr.

Sworn to before me by telephone.

Date: July 21, 2025

*Judge's signature*

City and state: San Francisco, California      Hon. Peter H. Kang, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Daniel Dales, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Geoffrey Chad Giglio ("GIGLIO") for a violations of 18 U.S.C. § 115(a)(1)(B) (Influencing Federal Official by Threat); 18 U.S.C. § 875(c) (Interstate Communications with a Threat to Kidnap or Injure); and 47 U.S.C. § 223(a)(1)(C) (Anonymous Telecommunications Harassment).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint, arrest warrant, and search warrants, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since July 2017. I am currently assigned to the Federal Bureau of Investigation ("FBI") Los Angeles Field Office Long Beach Resident Agency Domestic Terrorism Squad, which investigates residents of the United States who use force or violence in furtherance of a

political and/or social agenda in violation of federal law.  As an FBI Special Agent, I have received both formal and informal training from the FBI and other institutions regarding electronic communications and the use of the internet and digital devices in furtherance of domestic terrorism crimes.  I have also participated in numerous investigations involving subjects who use the internet and electronic communications to research and facilitate those crimes, including through obtaining and executing search warrants.

### III. STATEMENT OF PROBABLE CAUSE

4.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

Background Conduct

5.   On or about March 26, 2025, the office of the Michigan Secretary of State received a voicemail from a phone number ending in 5080 (the "**Subject Telephone**").  A male voice stated the following: "[unintelligible], um [unintelligible] leaving a message for everybody.  Please let Jocelyn know that we're coming for her fucking dumb ass.  She's going to be in fucking prison.  MAGA, baby.  Coming for the cheatin' fucking white supremacists.  The white, white, white racist left.  Systemic racism and white privilege.  Jocelyn Benson.  Tell that whore we're coming for the bitch.  You guys are done.  All you faggot fucking liberals.  You might not be, I'm sorry.  You just might be stuck with those shitbirds.  But if you're one, fuck you too.

Tell the bitch, daddy's coming, and we're going to fucking put her in a fucking hole.  Fucking dirty cunt."

### Conduct of March 27, 2025

6.   On or about March 27, 2025, at approximately 3:10 p.m. (PST), United States Congressman Eric Swalwell's district office located in Castro Valley, California, received a voicemail from the **Subject Telephone**.  A male voice stated the following: "Hey Eric, I don't want to fuck your wife.  Anybody that would fuck you has to be a fucking cunt, a whore, or dumb as fuck.  Your wife looks like all three and I don't fuck stupid chicks.  I mean you got the first piece of Chinese pussy in your life, didn't you?  She's a spy.  You're one to talk about fuck ups.  You childless little bitch.  Keep talking though.  You can see every time you talk I put you on a big screen and show a bunch of people your filthy lies and I show them what you did and I deprogram them you fucking faggot.  I'd like to debate you fucking faggot.  You'd like to fuck hot chicks bitch, I hope you get fucking fucked by a bunch of big black men.  Tell them it's reparations.  That's what I'm gonna put on.  Everybody can fuck Eric Swalwell in the back.  All you black faggots.  It's reparations.  You'd like that, wouldn't you?  You fucking fag.  Fucking cock sucker.  Pedophile.  You like to fuck hot chicks.  You like hot dudes to fuck you?  Yeah, I bet that's the case you fucking freak.  But you're such a geek.  A little fucking retard.  You're still that lispy little boy inside.  But you are ugly.  I mean I know you think your shit's cool.  You're a

fucking weak little man.  You'd shit your pants in front of me faggot.  See you later dick."  This call was recorded.

7.   On or about March 27, 2025, shortly after receiving the above voicemail, Congressman Swalwell's district office located in Castro Valley, California, received a second voicemail from the **Subject Telephone**.  A male voice stated the following: "Hey Eric, you're at the (unintelligible) and you don't like Mike Waltz and all the guys who had a smashing success taking out the Houthis that you didn't do anything with?  Or should we have an operation like yours where we all watch it on TV and you let it go for days and you get a bunch of Americans killed?  See, maybe you'll get hit by a bomb and that's not a threat.  But I mean do you think we're going to keep listening to you and your foul mouth, a little faggot like you talking about, oh you only fuck hot chicks?  Dude, you're a fucking faggot.  You're a geek.  You're a little lisper and you think you're cool now because you're in the Congress.  You're a silly little faggot, Eric.  We all see you.  Now, the system is rigged but here's what's going to happen.  If you keep fighting and you manage to use what you do and manipulate, then we will come get you.  There will be the war that you want.  We will never let you go back.  So I'm fine with anything at this point.  I'm tired of it.  I'll just set up behind my .308 and I'll do my job.  You want a war?  Get your war started.  There's no safe hours or breaks though.  I'm going to sit in my (unintelligible).  I probably won't need a diaper for you guys.  I'll just lay in wait for days on end for you little faggots.  I

mean, I prefer not to but you just won't shut up, you little bitch.  I'm making you known.  You know, honestly, you are the biggest faggot in this country.  You're a little lispy faggot voice.  Boy, your wife looks like she'd be a good fuck and if she had some real dick, I'd make her squeal.  Fuck, yeah."  This call was recorded.

Follow-Up Investigation

8.   Based on my training and experience, I believe that the reference to ".308" in the voicemail refers to a .308 caliber rifle.  A June 26, 2025 query of a California Department of Justice database showed GIGLIO possesses many registered firearms including at least one .308 caliber rifle.

9.   On or about June 3, 2025, FBI agents called the **Subject Telephone** and spoke with someone who identified himself as GIGLIO.  During the interview GIGLIO admitted to calling the office of the Michigan Secretary of State and leaving a voicemail with the comment "we are coming for you bitch, you guys are done . . . tell the bitch daddy's coming and we are fucking going to put her in a fucking hole."

10.   While conducting open-source investigation, I found a September 19, 2024 Reuters Special Report titled "Trump fan targets MAGA foes with menace – and gets away with it . . . Geoffrey Giglio's onslaught coincides with the greatest spike in political violence in decades."  According to the article, at one time GIGLIO posted on former President Joe Biden's Facebook page "You TRIED TO KILL Trump" and later "I hope you swing someday – you deserve it."  Also, according to the article, at

one point GIGLIO called U.S. Senator Cory Booker and stated "You come for us, asshole, we'll have to get rid of you filthy fucking progressive assfuckers." Also, according to the article, GIGLIO told Reuters "I push the envelope" and "If I have to go to jail because somebody thinks I'm really a threat, oh well, so be it."

Conduct of June 13, 2025

11.   On or about June 13, 2025, Congressman Swalwell's district office located in Castro Valley, California, received a call from the **Subject Telephone**, which was answered by an intern for the Congressman's staff. The male voice, who did not identify himself, told the intern "Tell Eric Swalwell that we are coming and that we are going to handle everyone. We are going to hurt everyone. We are coming to hurt them. Goodbye."

Further Follow-Up Investigation

12.   Based on my review of documents provided by LexisNexis and Thompson Reuters, the **Subject Telephone** is a cellular telephone number associated with GIGLIO. Additionally, according to my review of a June 3, 2025 FBI interview and a December 26, 2024 Loudoun County Sheriff's Office (Virginia) interview, GIGLIO told investigators that the **Subject Telephone** belonged to him. Finally, on June 25, 2025, someone called the FBI Orange County Resident Agency requesting to speak with agents, identified himself as GIGLIO, and provided the **Subject Telephone** as his telephone number.

13.   On or about June 24, 2025, FBI agents spoke with GIGLIO's father. GIGLIO's father told the agents that GIGLIO

was driving a white 2017 Ford Expedition with Florida plates CWP5G, i.e., the SUBJECT VEHICLE.  He also told the agents that GIGLIO was staying either at the Hyatt House by John Wayne Airport or the La Quinta in east Irvine.  One of the FBI agents gave GIGLIO's father the agent's phone number.

### Calls from Subject Telephone to FBI

14.  On or about June 26, 2025, at approximately 8:12 a.m., the **Subject Telephone** called the FBI agent's phone and left a voicemail.  A male voice stated: "Why are you looking for me?  Maybe I'll find you before you find me."

15.  On or about June 26, 2025, at approximately 2:43 p.m., the **Subject Telephone** called the FBI agent's phone and left a second voicemail.  The same male voice stated: "I'm gonna make it real simple, I'm going to assume that you're not FBI, and you're trying to hurt me, which is, stupid.  But, from this point on, I will be contacting the FBI every hour, on the hour tomorrow, starting tomorrow.  I will be writing a full, basically an article, a timeline of what's gone down.  And your, with and you're with your phone number I will post, with contacts with the FBI I will post.  I will send them all to Dan Bongino, I will send them all to Kash Patel, I will post them all over X.  Copy everybody, copy the media, all the biggest podcasters, I know some people too.  I don't appreciate this bullshit, and, you shouldn't come looking for me."

16.  On or about June 26, 2025, at approximately 2:48 p.m., the **Subject Telephone** texted the FBI agent.  The text made

various threats and ended with the statement: "So now I'm coming for you.  Fucking assholes."

## IV. CONCLUSION

17.  For all of the reasons described above, there is probable cause to believe that Geoffrey Chad Giglio has, on or about March 27, 2025, and June 13, 2025, through his calls to the Office of Congressman Eric Swalwell, committed violations of 18 U.S.C. § 115(a)(1)(B) (Influencing Federal Official by Threat); 18 U.S.C. § 875(c) (Interstate Communications with a Threat to Kidnap or Injure); and 47 U.S.C. § 223(a)(1)(C) (Anonymous Telecommunications Harassment).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 21st day of July, 2025.

_____
THE HONORABLE PETER H. KANG
UNITED STATES MAGISTRATE JUDGE