CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorneys

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5596
FAX: (408) 535-5066
Anne.Hsieh@usdoj.gov
Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY CHAD GIGLIO,<br><br>Defendant. | Case No. 3:25-CR-00264-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO COMPEL SUPPLEMENTAL USCP INFORMATION** |

Pursuant to the parties' agreement at the hearing on the Defense Motion to Compel [Dkt. 63], held on October 28, 2026, the parties stipulate and request the Court issue an order to compel USCP to produce the following:

> Any determinations or statements by USCP personnel that the communications made by Mr. Geoffrey Chad Giglio to then-Congressman Eric Swalwell's office on or about March 27, 2025, and on or about June 13, 2025, do not constitute true threats, are not criminal in nature, or are not particularly serious.

The parties also agree that, with the filing of this stipulation and the issuance of the proposed order, the Defense Motion to Compel [Dkt. 63] is moot.

IT IS SO STIPULATED.

DATED: October 29, 2026

/s/
ANNE C. HSIEH
AMANI S. FLOYD
Assistant United States Attorneys

DATED: October 29, 2026

/s/
TAYLOR FATHERREE
CANDIS MITCHELL
Counsel for Defendant GEOFFREY GIGLIO

**[PROPOSED ORDER]**

Pursuant to the parties' stipulation, the Court orders the United States Capitol Police to produce the following information to the parties in this case:

> Any determinations or statements by USCP personnel that the communications made by Mr. Geoffrey Chad Giglio to then-Congressman Eric Swalwell's office on or about March 27, 2025, and on or about June 13, 2025, do not constitute true threats, are not criminal in nature, or are not particularly serious.

Furthermore, the Defense Motion to Compel [Dkt. 63] is hereby DENIED as MOOT.

**IT IS SO ORDERED.**

DATED: October ___, 2026

HON. VINCE CHHABRIA
United States District Judge