CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
AMANI S. FLOYD (CABN 301506)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-0910
Anne.Hsieh@usdoj.gov
Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY CHAD GIGLIO,<br><br>Defendant. | CASE NO. 3:25-CR-00264-VC<br><br>**AMENDED JOINT DESCRIPTION OF THE CASE** |

On October 27, 2026, the parties submitted a description of the case in addition to proposed questions to be added to the juror questionnaire. Dkt. 73. Upon further review, the parties amend their proposed description of the case to be consistent with the Court's Standing Order that dissuades mention of the charging instrument.

**<u>Amended Joint Description of the Case</u>**

This is a criminal case brought by the United States against the defendant, Geoffrey Chad Giglio. Mr. Giglio is charged with 1) influencing, impeding, or retaliating against a federal official by making threats, 2) transmitting a threat in interstate commerce, and 3) making a harassing telephonic call in

interstate communications.

The government alleges that on or about March 27, 2025, Mr. Giglio sent voicemails to then-U.S. Representative Eric Swalwell, a Member of Congress, in which Mr. Giglio threatened to assault or murder Representative Swalwell with intent to impede, intimidate, or interfere with Representative Swalwell while he was engaged in the performance of his official duties, and with intent to retaliate against Representative Swalwell on account of the performance of his official duties. Based on the same voicemail sent on or about March 27, 2025, the government also alleges that Mr. Giglio (1) transmitted in interstate commerce a communication which contained a threat to kidnap or injure Representative Swalwell, and (2) made a telephone call, in interstate communications, without disclosing his identity and with the intent to abuse, threaten, or harass a person at the called number and who received the communication.

Furthermore, the government alleges that, on or about June 13, 2025, Mr. Giglio made another telephone call to the office of Representative Swalwell, which was received and heard by a staff member, during which Mr. Giglio allegedly made similar threats toward Representative Swalwell, with intent to impede, intimidate, or interfere with Representative Swalwell while he was engaged in the performance of his official duties, and with intent to retaliate against Representative Swalwell on account of the performance of his official duties.

These are only allegations at this point. Mr. Giglio has pled not guilty and is presumed innocent of all charges. The government must prove the charges beyond a reasonable doubt.

DATED: November 10, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
ANNE C. HSIEH
AMANI S. FLOYD
Assistant United States Attorneys

DATED: November 10, 2026

Respectfully submitted,

/s/

TAYLOR FATHERREE
CANDIS MITCHELL
Counsel for GEOFFREY CHAD GIGLIO